

118 P.3d 71

# SUPREME COURT OF HAWAI'I

**August 26, 2005**

| 26111 | State v. Abordo | Affirmed |

**August 30, 2005**

| 26398, 26403 | Coronel v. State | Affirmed |
| 25975 | State v. Coronel | Affirmed |

**August 31, 2005**

| 24166 | Aarona v. GTE Hawaiian Telephone Co., Inc. | Affirmed |